IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.: 09-cr-00529-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

SHAWNEE N. CARVER,

      Defendant.

## ORDER RE: AMEND CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the Defendant's release is subject to these amended additional conditions of release below:

Defendant Shawnee N. Carver shall abide by the following restrictions on personal association. Defendant is allowed contact with the following individuals:

Kahli Fowler
Sarah Herd
Annette Pfeffer
Melissa Malloy

The Defendant may have telephone contact with these individuals and personal contact as long as pretrial services is notified.

Defendant Carver is instructed **NOT** to discuss the case pending before the Court with these individuals.

Dated in Grand Junction, Colorado this 30th day of December, 2009.

BY THE COURT:

Gudrun J. Rice
United States Magistrate Judge